# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RONALD KENNETH GORTER, SR. & LINDA SUE GORTER          Case Number: 04-71796
P.O. BOX 271                SSN-xxx-xx-0406 & xxx-xx-7402
SUBLETTE, IL  61367

Case filed on: 4/2/2004
Plan Confirmed on: 6/14/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $34,480.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 101 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RONALD KENNETH GORTER, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK ONE | 7,607.68 | 7,607.68 | 7,607.68 | 775.46 |
|  | Total Secured | 7,607.68 | 7,607.68 | 7,607.68 | 775.46 |
| 002 | B-FIRST LLC | 7,565.95 | 7,565.95 | 4,452.88 | 0.00 |
| 003 | SHERMAN ACQUISITION DBA | 7,339.25 | 7,339.25 | 4,319.44 | 0.00 |
| 004 | DISCOVER FINANCIAL SERVICES | 9,621.71 | 9,621.71 | 5,662.77 | 0.00 |
| 005 | FORD MOTOR CREDIT COMPANY | 11,821.74 | 11,821.74 | 6,957.57 | 0.00 |
| 006 | GRASSERS PLUMBING & HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SHERMAN ACQUISITION DBA | 331.82 | 331.82 | 195.29 | 0.00 |
| 008 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 36,680.47 | 36,680.47 | 21,587.95 | 0.00 |
|  | Grand Total: | 46,488.15 | 46,488.15 | 31,395.63 | 775.46 |

Total Paid Claimant:    $32,171.09
Trustee Allowance:      $2,308.91
Percent Paid Unsecured:    58.85

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan